UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KELLY BUFFINGTON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE HEALTHCARE NUTRITION, INC., a Delaware corporation; NESTLE USA, INC., a Delaware corporation; GERBER PRODUCTS COMPANY, a Michigan corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 8:18-cv-00106-JVS-JDE<br><br>ORDER ENTERING STIPULATED PROTECTIVE ORDER |

Having reviewed the parties' Stipulated Protective Order (Dkt. 30) and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Stipulated Protective Order is hereby adopted as and is entered as an Order of this Court.

Dated: October 11, 2018

_____
JOHN D. EARLY
United States Magistrate Judge