JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KELLY BUFFINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTHCARE NUTRITION, INC., a Delaware corporation; NESTLE USA, INC., a Delaware corporation; GERBER PRODUCTS COMPANY, a Michigan corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 8:18-cv-00106-JVS-JDE<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: December 18, 2017<br>Trial Date: October 8, 2019<br>District Judge: Hon. James V. Selna<br>Magistrate Judge: Hon. John D. Early |

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the above-referenced action is dismissed with prejudice as to all parties and as to all causes of action. It is further ordered that the Parties shall bear their own attorney's fees and their own costs.

IT IS SO ORDERED.

Dated: March 09, 2020 _____

Honorable James V. Selna
United States District Court Judge

Buffington - Order on Stip for

1  Case No. 8:18-cv-00106-JVS-JDE
ORDER ON STIPULATION FOR DISMISSAL